IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JASON GOLDSTEIN and LYNN MINCK, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 23-00047-CV-W-JAM ) |
| LINDT & SPRUNGLI (NORTH AMERICA), INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon the Notice of Voluntary Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41 and signed by Plaintiffs' counsel seeking dismissal without prejudice (Doc. 5), and before Defendant having filed an answer or motion for summary judgment, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE

1